UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PARKSIDE COMMONS APARTMENTS**,<br><br>    Plaintiff,<br><br>  v.<br><br>**BENITO F. JOHNSON, ET AL.**,<br><br>    Defendants. | Case No. 16-cv-02657-YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; REMANDING ACTION TO STATE COURT**<br><br>Re: Dkt. No. 11, 13, 14 |

The Court has reviewed Magistrate Judge Beeler's Report and Recommendation recommending that the action be remanded to the state court for lack of subject matter jurisdiction. (Dkt. No. 11.) No party has filed an objection to the Report. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.

Accordingly, and for the reasons set forth in the Report, the above-captioned matter is **REMANDED** to the Superior Court of California, County of Alameda .[1]

This Order terminates Docket Numbers 11, 13, and 14.

**IT IS SO ORDERED.**

Dated: July 26, 2016

                                                            *[signature]*
                                                         **YVONNE GONZALEZ ROGERS**
                                                         **UNITED STATES DISTRICT JUDGE**

---

[1] On July 22, 2016, plaintiff filed a motion to remand the action in response to Judge Beeler's Report. (Dkt. No. 13.) Plaintiff also filed a motion to shorten the time for hearing on the motion to remand. (Dkt. No. 14.) Both motions are hereby **DENIED** as moot, and the Court **VACATES** the hearing on plaintiff's motion to remand currently set for August 30, 2016.